McKEON, Appellant, v. VAN SLYCK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Margaret McKeon against Frederick N. Van Slyck and another. O. N. Jacoby, of New York City, for appellant. N. O. Rockwood, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and DOWLING, JJ., dissent, on the exceptions to the charge, and on the ground that the verdict was against the weight of evidence.

McLAUGHLIN v. SIRE. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by William W. McLaughlin against Albert I. Sire. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 1122.

McLAUGHLIN, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William W. McLaughlin against Albert I. Sire. F. Bien, of New York City, for appellant. W. J. Carlin, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1122.

McMAHON v. ART COLOR PRINTING CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Andrew McMahon against the Art Color Printing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1131.

McMAHON, Appellant, v. GAYLORD, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by John J. McMahon against Frederick W. Gaylord.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence offered to show that two of the four horses had attempted to run away on previous occasions was improperly excluded.

ROBSON, J., dissents.

McNABOE v. REEVES et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by James F. McNaboe, as trustee, against Herbert Reeves and others. No opinion. Application granted. Order signed.

In re McNAMARA. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Andrew F. McNamara. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See. also, 162 App. Div. 901, 146 N. Y. Supp. 1099.

McNULTY, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Nora McNulty, as administratrix, against George W. Linch, as receiver. C. H. Tuttle, of New York City, for appellant. M. T. Manton, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McWHIRTER, Appellant, v. PAYNTAR, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Elizabeth McWhirter against Irene U. Payntar.

PER CURIAM. Order affirmed, with $10 costs and disbursements. We think that the judgment as entered on March 25, 1914, was sufficient compliance with section 1010 of the Code of Civil Procedure. Garrett v. Wood, 57 App. Div. 242, 68 N. Y. Supp. 157. It is clear enough that the Special Term that tried the case intended to nonsuit the plaintiff, from the court's reference to section 1021 of the said Code in its memorandum of October 28, 1914. An application to amend the judgment, so that such disposition should affirmatively appear, might well be made.

MACHIEA v. HAYDEN. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Henry Machiea against Charles A. Hayden. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

MAGER v. NEW YORK & WESTERN SPECIALTY CO. et al. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Martin Mager against the New York & Western Specialty Company and D. Henry Brown, late Sheriff of Suffolk County. No opinion. Order affirmed by default, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1122.

MAGER v. NEW YORK & WESTERN SPECIALTY CO. et al. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Martin Mager against the New York & Western Specialty Company and D. Henry Brown, etc. No opinion. Motion granted, without costs. See, also, 155 N. Y. Supp. 1122.

MAGLIULO, Respondent, v. MORRIS & CUMMINGS DREDGING CO., Inc., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Giuseppe Magliulo against the Morris & Cummings Dredging Company, Incorporated. No opinion. Order modified, to the extent of imposing as a condition for leave to serve an amended complaint the payment of $30 as trial fee, and, as so modified, affirmed, without costs.

MAHER, Appellant, v. ROWLAND, Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by William Maher, an infant, etc., against Samuel Rowland. No opinion. Motion for reargument denied, with $10 costs. See, also, 154 N. Y. Supp. 1132.